UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHA MICHL, | No. 2:22-cv-0680 KJN P |
| Petitioner, | |
| v. | ORDER |
| COUNTY OF BUTTE, | |
| Respondent. | |

    On April 18, 2022, petitioner, a civil detainee at Napa State Hospital, filed a letter regarding his application to proceed in forma pauperis for cases previously mailed to the court, and included an application to proceed in forma paupers.  Petitioner did not provide case numbers for his actions because petitioner had not yet received such case numbers.  (ECF No. 1.) Petitioner's letter was inadvertently opened as a new habeas action.

    Court records reflect that petitioner has two pending cases:[1]

    Michl v. Black, No. 2:22-cv-0688 DB (E.D. Cal.); and

    Michl v. County of Butte, No. 22-cv-0689 KJN (E.D. Cal.).

////

---

[1] A court may take judicial notice of court records.  See, e.g., Bennett v. Medtronic, Inc., 285 F.3d 801, 803 n.2 (9th Cir. 2002) ("[W]e may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue") (internal quotation omitted).

1

Good cause appearing, the Clerk of the Court is directed to file copies of plaintiff's letter and application to proceed in forma pauperis (ECF Nos. 1 & 2) in plaintiff's two pending cases. Because plaintiff's letter should not have been filed as a new case, the Clerk is also directed to terminate this action.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to:

1. File a copy of plaintiff's letter and application to proceed in forma pauperis (ECF Nos. 1 & 2) in each of the following two cases:

<u>Michl v. Black</u>, Case No. 2:22-cv-0688 DB (E.D. Cal.); and

<u>Michl v. County of Butte</u>, Case No. 22-cv-0689 KJN (E.D. Cal.).

2. Terminate this action.

Dated: April 22, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mich0680.nopetition